An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STACEY MIDBY-WEISS,
                    Appellant,
          vs.
MICHAEL BRIAN WEISS,
                    Respondent.

No. 67528



FILED

MAY 13 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a motion to set aside a divorce decree. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

We have reviewed the documents on file with this court, and we conclude that we lack jurisdiction over this appeal. It appears that the district court has not entered a final written order on appellant's motion to set aside the divorce decree, and thus, no final judgment has been entered. NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000).

Further, even if a final judgment had been entered, appellant's motion for reconsideration tolled the appeal period, *see AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 245 P.3d 1190, 1195 (2010) (recognizing that timely filed motions for reconsideration may toll the appeal period), and the district court's failure to formally resolve that motion by written order means that appellant's notice of appeal was premature.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-14670

Once the district court has entered a final, written order resolving all of the claims and issues below, any aggrieved party may appeal. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Stacey Midby-Weiss
Michael Brian Weiss
Eighth District Court Clerk